UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

KEVIN P. TONG,

    Plaintiff,

v.                              Case Number:   99-2021-CIV-T-23B

BUDD GROUP, INC., f/k/a
Budd Services, Inc., d/b/a
Vickers Security Services,

    Defendants.
_____/

### NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

In accordance with Local Rule 3.05, this action is designated as a Track **TWO** Case. Plaintiff or the removing party is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track. With respect to Track Two and Track Three Cases, parties should utilize the attached Case Management Report ("CMR") form. **Please note that Judge Merryday requires the CMR to include a brief description of the specific nature and relative complexity of the case.**

The court anticipates that most Track Two cases will be tried within 24 months of filing. In order to further the prompt resolution of these cases, Judge Merryday will set the discovery deadline 8 months after the defendant(s)' first filing. Parties must request more than 8 months (if necessary) for discovery, along with a showing of good cause, in an addendum to the case management report.

                                                  RICHARD D. SLETTEN, CLERK

September 22, 1999                       By: *Marlene Alspach*
                                                                     Deputy Clerk

Distribution:
    -Original in Court file
    -Copies to plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s),
        and removing defendant(s)
    -Case Management Report form attached to notice designating
        Track Two or Three Case

