FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

00 AUG 16 PM 4: 01

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**KEVIN P. TONG,**

    **Plaintiff,**

vs.                                            **Case No: 99-2021-CIV-T-23B**

**THE BUDD GROUP, INC.,**

    **Defendant.**

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on August 15, 2000, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        __X___    All individual parties and their respective trial counsel.

        __X___    Designated corporate representatives.

        _____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____
_____
_____

(c) The outcome of the mediation conference was:

__X__ <u>The case has been concluded and will be dismissed.</u>

_____ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

_____ <u>The conference was continued with the consent of all parties and counsel.</u>

_____ <u>The parties have reached an impasse.</u>

Done this 16th day of August, 2000, in Tampa, Florida.

_____
MARY A. LAU, ESQUIRE - Mediator

LAU, LANE, PIEPER, CONLEY
 & McCREADIE, P.A.
First Union Center, Suite 1700
100 South Ashley Drive
Post Office Box 838
Tampa, Florida 33601-0838
Telephone: 813/229-2121
Facsimile: 813/228-7710

cc: Counsel of Record and
 Unrepresented Parties