UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN P. TONG,

    Plaintiff,

v.      CASE NO. 8:99-cv-2021-T-23B

BUDD GROUP INC.,
f/k/a Budd Services, Inc.,
d/b/a Vickers Security Services,

    Defendants.
_____/

## ORDER

The Court is advised by the mediator that this matter will be dismissed. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) close the file and (2) terminate all pending motions.

ORDERED in Tampa, Florida, on _August 17th_, 2000.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge