UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN P. TONG,

    Plaintiff,

v.                              CASE NO. 8:99-cv-2021-T-23B

THE BUDD GROUP, INC., f/k/a
BUDD SERVICES, INC., d/b/a
VICKERS SECURITY SERVICES,

    Defendant.
_____/

### O R D E R

    Before the Court is the parties' "Stipulation And Joint Motion for Dismissal With Prejudice" (Doc. 20). Upon consideration, the stipulation is **APPROVED** and the motion is **GRANTED** to the extent that this case is **DISMISSED WITH PREJUDICE**, each party bearing his or its own attorneys' fees and costs. The stipulation is **DISAPPROVED** and the motion is **DENIED** to the extent that the parties request that the Court retain jurisdiction over the terms of the settlement agreement. The Clerk is directed to (1) close the file and (2) terminate all pending motions.

    ORDERED in Tampa, Florida, on *September 21st*, 2000.

                                        STEVEN D. MERRYDAY
                                        UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge

